```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 32415
   KARD PIERCE
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-5721


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/26/08 .

   2.  The case was dismissed without confirmation, 01/30/2009.

----------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID           PAID
----------------------------------------------------------------------

       Summary of disbursements:
----------------------------------------------------------------------
                 SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00       .00         .00          .00          .00
PRINCIPAL PAID        .00       .00         .00          .00          .00
INTEREST PAID         .00       .00         .00          .00          .00
TOTAL PAID            .00       .00         .00          .00          .00
The Debtor's attorney, PAUL R IDLAS              , was allowed $        .00
and was paid $       .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .




Dated: 03/13/09                 /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE
```

```
                                          PAGE   2
         CASE NO. 08 B 32415 KARD PIERCE
```